1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MARQUETTE, an individual<br><br>                Plaintiff,<br><br>         vs.<br><br>BANK OF AMERICA, N.A., f/k/a Countrywide Home Loans, Inc., an entity of unknown form; FEDERAL HOME LOAN MORTGAGE CORPORATION S/A-3 DAY ARC-125949, an entity of unknown form; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>                Defendants. | Case No.: 13-cv-2719-WQH-JMA<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Honorable William Q. Hayes |

TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

The Joint Motion to Dismiss the entire action with prejudice having been received and read by the Court and good cause appearing therefore,

IT IS HEREBY ORDERED that the entire action, including all Complaints, is dismissed with prejudice as to all Defendants pursuant to <u>Federal Rule of Civil Procedure</u> section 41(a)(1).

**IT IS SO ORDERED.**
Dated: February 19, 2016

_____
Hon. William Q. Hayes
United States District Court

–1–